**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                CASE NO. 6:08-CR-117-ORL-19GJK

ROHAN OLIVER DUNN

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 48, filed May 14, 2009) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 48) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Rohan Oliver Dunn has entered a plea of guilty to Counts Two, Three, Ten, and Eleven of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Two, Three, Ten, and Eleven of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 44, filed May 14, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this  16th

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

_____ day of May, 2009.

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy